# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (THE HON. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>JUSTINO FREGOSO, JR. ,<br>       Defendant. | CASE NO. 08cr3696-L<br><br>ORDER |

**Good Cause Shown, It is Hereby Ordered that** defense counsel for Justino Fregoso be permitted to submit interim vouchers to the Court for payment as work progresses on the above numbered case.


DATED: September 29, 2009

_____
M. James Lorenz
United States District Court Judge